# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Viruet-Santiago,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Federal Bureau of Prisons,<br><br>　　　　　Defendant. | **NO. CV-23-00231-TUC-SHR(PSOT)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 5, 2023,  judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

August 24, 2023

　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

　　　　　　　　　　　　　　　s/ A. Calderón
　　　　　　　　　　　　By　　Deputy Clerk